FILED

04/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0136

_____

AUSTIN LAKE,

      Plaintiff and Appellant,

    v.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD,

      Defendant and Appellee.

_____

O R D E R

      Counsel for Appellee Town Pump, Inc., has filed a motion to dismiss Town Pump from this matter. Counsel avers that Town Pump was not a party to the lower court proceedings, and Appellant Austin Lake is not asserting any claim against it. Appellant does not oppose the motion. Good cause appearing,

      IT IS ORDERED that the motion to dismiss Town Pump, Inc. as a party is GRANTED and the case shall be captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2024